**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **LOUIS IVORY, JR., 1186284,** § | |
| Petitioner, § | |
| § | |
| v. § | 3:07-CV-1738-D |
| § | |
| **NATHANIEL QUARTERMAN, DIRECTOR,** § | |
| **TEXAS DEPT. OF CRIMINAL JUSTICE,** § | |
| **CORRECTIONAL INSTITUTIONS DIVISION** § | |
| Respondent. § | |

## ORDER

After conducting *de novo* review, the court adopts the findings, conclusions, and recommendation of the magistrate judge and transfers this petition to the Fort Worth Division of this court for random reassignment.

**SO ORDERED**.

January 22, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE